## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## SHAWN ISRAEL WATSON,
*Defendant-Appellant.*

Josephine County Circuit Court
08CR0478; A143951

268 P3d 820

Peter Gartlan, Chief Defender, and Kristin A. Carveth, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Kristen G. Williams, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Brewer, Chief Judge, and Egan, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Alvarez*, 240 Or App 167, 246 P3d 26 (2010), *rev den*, 350 Or 408 (2011).